Consoer, Townsend and Quinlan, appellee, v. City of Calumet City, appellant. Gen. No. 39,964.

Heard in the second diviison of this court for the first district at the February term, 1938. Opinion filed December 13, 1938.

Miller, Gorham, Westcott & Adams and John E. Pavlik, for appellant; Herbert C. De Young, of counsel. Markman, Donovan & Sullivan and Henry O. Nickel, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

John Copeliares for use of Louis Copeliares and Anton Copeliares, appellant, v. Christ Copeliares, appellee. Gen. No. 40,025.

Heard in the second division of this court for the first district at the April term, 1938. Opinion filed December 13, 1938.

George A. Bosomburg and Charles P. R. Macaulay, for appellant. Oscar M. Meusel and F. J. Karasek, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

Sophie Majka, plaintiff, v. Metropolitan Life Insurance Company, defendant below. M. George Livingston and Leo T. Kaufman, trading as Livingston and Kaufman, appellants, v. Metropolitan Life Insurance Company, appellee. Gen. No. 40,151.

Heard in the second division of this court for the first district at the June term, 1938. Opinion filed December 13, 1938.

McKinley, Price & Quindry, for appellants. Laurence M. Fine and Emil M. Haranta, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.